176 A.3d 219

NEW JERSEY DIVISION OF CHILD PROTECTION AND PERMA-NENCY, PLAINTIFF–RESPONDENT, v. R.L.M., DEFENDANT, AND J.J., DEFENDANT–PETITIONER. IN THE MATTER OF THE GUARDIANSHIP OF R.A.J., A MINOR–RESPONDENT.

C–335 September Term 2017
079473

December 1, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–2849/3277–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted.